NO. 01-13-00908-CR

NO. 01-13-00909-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 11 2015

CHRISTOPHER A. PRINE
CLERK

| | | |
|---|---|---|
| MICHAEL ODURO KWARTENG | § | IN THE COURT OF APPEALS |
| V | § | FOR THE FIRST DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT HOUSTON |

MOTION REQUESTING FOR AN APPOINTED COUNSEL FOR APPELLANTS BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now KWARTENG MICHAEL, defendant of cause NO. 01-13-00908-CR / NO. 01-13-00909-CR, and hereby asks the court for an appointed counsel.

My plea and request to court of appeals was to reduce sentence, and upon release, court initiates strict community supervision; a chance to prove myself worthy of conforming to laws, and norms. Previous counsel states that there is no reason to argue sentence, hence withdrawing from appeal, after filing brief which has not been answered. Previous counsel appointed to me by the court, EMILY DETOTO has withdrawn from case after filing brief, and the brief has not even been answered or presented. I was strictly warned, and advised by court about the dangers of filing a pro se brief. Therefore in my right state of mind, I respectively, and humbly ask the court to show mercy and appoint me counsel for my brief, since I am still indigent.

NAME: MICHAEL KWARTENG

SIGN:

SPN # 02331560

DATE FEBRUARY 4TH 2015

ES-0085-01-07

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: KWARTENG, MICHAEL

SPN: 02331500 Cell: 6MI

Street: 701 NORTH SAN JACINTO

HOUSTON, TEXAS 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 11 2015

CHRISTOPHER A. PRINE
CLERK

7700220669

CHRISTOPHER A. PRINE
CLERK, FIRST COURT OF APPEALS
301 FANNIN STREET, ROOM 208
HOUSTON, TEXAS 77002-2006